UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HUMAN RIGHTS DEFENSE CENTER,
a not-for-profit corporation,

        Plaintiff,

    v.

MILWAUKEE COUNTY, WISCONSIN;
DENITA R. BALL, Sheriff, individually and in
her official capacity; and JOHN AND JANE
DOES 1-10, Staff, individually and in their
official capacities,

        Defendants.

Case No.

JURY TRIAL DEMANDED

## DISCLOSURE STATEMENT

The undersigned counsel of record for Plaintiff Human Rights Defense Center furnishes the following according to Civil L.R. 7.1 and Rule 7.1 of the Federal Rules of Civil Procedure:

1.      The full name of the party that Godfrey & Kahn, S.C. represents is the Human Rights Defense Center.

2.      The Human Rights Defense Center is not a subsidiary or affiliate of a publicly owned corporation.

3.      There is no publicly owned corporation not a party to this case that has a financial interest in the outcome.

4.      In addition to the law firm of Godfrey & Kahn, S.C., the Human Rights Defense Center anticipates that Jonathan Picard of the Human Rights Defense Center will appear on behalf of Plaintiff following his application to be admitted *pro hac vice*.

Dated:  August 2, 2024

Respectfully Submitted,

*/s/Brian C. Spahn*
Brian C. Spahn
State Bar No. 1060080
Theresa M. Correa McMichen
State Bar No. 1122184
GODFREY & KAHN, S.C.
833 E. Michigan St., Suite 1800
Milwaukee, WI 53202
Telephone:  (414) 273-3500
Facsimile: (414) 273-5198
bspahn@gklaw.com
tcorreamcmichen@gklaw.com


Jonathan Picard*
Florida Bar No.: 105477
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, FL 33460
Telephone: (561) 360-2523
Facsimile: (561) 828-8166
jpicard@humanrightsdefensecenter.org

*Attorneys for Plaintiff Human Rights
Defense Center*

**Pro hac vice* application to be filed

31587306.1

2