UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

HUMAN RIGHTS DEFENSE CENTER,
a not-for-profit corporation,

        Plaintiff,

        v.

MILWAUKEE COUNTY, WISCONSIN;
DENITA R. BALL, Sheriff, individually and in
her official capacity; and JOHN AND JANE
DOES 1-10, Staff, individually and in their
official capacities,

        Defendants.

Case No. 2:24-cv-00981

JURY TRIAL DEMANDED

---

## DECLARATION OF PAUL WRIGHT IN SUPPORT OF
## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

---

I, Paul Wright, declare:

1. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently so testify. I make this declaration in support of Plaintiff's Motion for Preliminary Injunction.

2. I am the Executive Director of the Human Rights Defense Center ("HRDC"). HRDC is a non-profit, IRS section 501(c)(3) organization, incorporated in the state of Washington and with principal offices in Lake Worth, Florida. The purpose of HRDC, as stated in its Articles of Incorporation, is to educate incarcerated persons and the public about the destructive nature of racism, sexism, and the economic and social costs of prisons to society. HRDC accomplishes its mission through advocacy, litigation, and publication and distribution of books, magazines, and other information about prisons and the rights of incarcerated persons.

3. I have received numerous awards for my work with HRDC, including the Petra Foundation Award in 2005, the Washington Coalition for Open Government's James Madison Award in 2007, the National Lawyers Guild's Arthur Kinoy Award in 2008, and the City University of New York Law School's Distinguished Public Service Award in 2011. In 2013, I accepted the First Amendment Award from the Society of Professional Journalists on behalf of Human Rights Defense Center for our work with *Prison Legal News*.

4. HRDC publishes and distributes a soft-cover monthly magazine titled *Prison Legal News: Dedicated to Protecting Human Rights*, which contains news and analysis about prisons, jails, and other detention facilities, the rights of incarcerated persons, court opinions, management of prison facilities, prison conditions, and other matters pertaining to the rights and interests of incarcerated individuals. *Prison Legal News* is published on newsprint and is 72 pages long.

5. More recently, HRDC also began publishing a second monthly magazine, *Criminal Legal News*. This magazine focuses on review and analysis of individual rights, court rulings, and news about criminal justice-related issues. *Criminal Legal News* is published on newsprint and is 56 pages long.

6. HRDC's magazines provide prisoners with timely, in-depth coverage of judicial decisions and other recent events concerning our nation's criminal justice system in a way that would be impossible through other means of communication. It is essential that the magazines are delivered in a timely manner, as delays in delivery sap the magazines of their news value.

7. HRDC also distributes dozens of different soft-cover books on subjects of interest to incarcerated persons and others who are interested in the criminal justice system. HRDC publishes some of the books that it distributes. These books are designed to foster a better understanding of criminal justice policies and to allow incarcerated persons to educate themselves

2

about the law and issues related to their imprisonment and their pending cases, such as legal research, the rights of incarcerated persons, healthcare issues, and similar topics.

8. HRDC also publishes and distributes the *Prisoners' Guerilla Handbook: A Guide to Correspondence Programs in the United States and Canada* ("*Prisoners' Guerilla Handbook*"), which provides prisoners information on enrolling at accredited higher educational, vocational, and training schools. HRDC is also the sole national distributor of *Protecting Your Health and Safety* ("*PYHS*"), which describes the rights, protections, and legal remedies available to prisoners concerning their incarceration.

9. HRDC mails the items listed in paragraphs 4-8 through the United States Postal Service. The mailings are each addressed to a specific person, and sent with postage fully paid.

10. HRDC has sent thousands of its magazines and books by mail (including the distribution of more than a million copies of *Prison Legal News* to customers nationwide since its founding in 1990). *Prison Legal News* has thousands of subscribers in the United States and abroad, including incarcerated persons, attorneys, journalists, libraries, judges, and members of the general public.

11. Since its creation in 1990, HRDC has sent its publications to prisoners and librarians in more than 3,000 correctional facilities across the United States, including death row units and institutions within the Federal Bureau of Prisons, such as the federal Administrative Maximum Facility ("ADX" or "Supermax") at Florence, Colorado - the most secure prison in the United States. HRDC distributes these magazines and books to prisons and jails within the correctional systems of all 50 states, including to dozens of incarcerated persons housed in facilities in the State of Wisconsin, such as FCI Oxford, the Taylor County Jail, and numerous prisons run by the Wisconsin Department of Corrections.

3

12. In over 34 years of operation, I have never heard of any of HRDC's materials actually interfering with a correctional facility's penological interests or causing a security problem.

13. Sending publications through the mail to incarcerated persons is essential to accomplishing the mission of HRDC. The primary aim is to communicate with incarcerated persons about developments in the law and protection of one's health and personal safety while in prison or jail. Importantly, reading materials enable detainees to engage in productive activity rather than sitting idle, thus helping to avoid conflicts and incidents of violence in the jail. In addition, reading allows detainees to keep their minds sharp, helping them prepare to become productive citizens when released back into society.

14. To better reach incarcerated individuals with publications, I have developed substantial expertise regarding the mail and correspondence policies of correctional facilities across the country. Since HRDC began over 34 years ago, I have carefully monitored all instances in which a jail or prison refused to deliver our mail. I have first-hand knowledge about how mail directed to HRDC is received and processed, including mail returned to HRDC through the "Return to Sender" service of the United States Postal Service.

15. On information and belief, Defendants have adopted a policy and practice that prohibits incarcerated persons held at the Milwaukee County Jail (the "Jail") from receiving books and magazines from HRDC. Defendants' mail policy states:

## Occupant Mail

Occupants are permitted to receive letters, non-Polaroid photographs (4 x 6 or less), cashier's checks, and money orders through the United States Postal Service.

Incoming occupant mail must be addressed as follows:

4

Full name of the occupant, booking number, housing unit, cell number
949 N. 9th Street
Milwaukee, WI 53233

All incoming occupant mail must meet the following criteria:

1. Must have a return address including full name and full address, apartment number if applicable. Any mail that does not include this information will be returned to sender or confiscated.
2. Sent utilizing UPS, Federal Express or the United States Postal Service.
3. Publications or newspapers shall be accepted only if they are mailed directly from the authorized publishers or approved vendors to a named occupant. Pornographic and weapons related magazines are contraband, and delivery will be refused.
4. Books must be mailed from the following approved publisher only: Penguin Random House.
5. Any material sent that is deemed inappropriate will be considered contraband and will be destroyed.
6. Greeting cards of any kind are not permitted. If a greeting card is received, the occupant will receive a copy of the greeting card and then the greeting card will be secured in the occupant's property.
7. No packages will be accepted from online shopping stores.
8. Mail received for an occupant no longer in custody will be returned to the sender.

All incoming mail will be scanned for contraband prior to delivery.

This policy is posted on the Milwaukee County, Wisconsin webpage at https://county.milwaukee.gov/EN/Sheriff/Divisions/Detention-Services (accessed July 25, 2024).

16. Publisher, Penguin Random House, does not publish any of HRDC's books and magazines.

17. In January 2022, HRDC received information from an incarcerated individual in the Jail that staff would not allow him to receive a copy of *Prisoners Self Help Litigation Manual*, that a family member had ordered for him, because Prison Legal News is not an authorized publisher.

18. Between January 2022 and July 2024 HRDC sent the materials listed in paragraphs 4-8, including books, magazines, and letters, to prisoners held at the Jail. Each item was individually addressed and separately mailed.

5

19. Defendants censored the HRDC's publications and mail by failing to deliver them to the intended prisoner-recipients at the Jail. Plaintiff can identify at least fifty-eight (58) items rejected by Defendants, including forty-three (43) *PYHS*; eight (8) *Prisoners' Guerilla Handbook*; one (1) *Prisoners' Self Help Litigation Manual*; two (2) copies of *Prison Legal News*; one (1) copy of *Criminal Legal News*; two (2) Info Packs; and one (1) piece of correspondence inquiring about potential censorship.

20. Many of the rejected items were returned to HRDC's offices marked "RETURN TO SENDER." Others were not returned, and HRDC received no notice from the Jail that they had been rejected.

21. For all the items listed in paragraph 19, HRDC staff confirmed that the intended prisoner- recipient was still in custody at the Jail when HRDC received the returned item.

22. On information and belief, the Defendants censored additional mailings from HRDC to prisoners at the Jail but did not return them to HRDC.

23. For all instances of censorship Defendants failed to provide due process notice to HRDC of the reason the Jail rejected the materials.

24. Additionally, in all instances of censorship Defendants failed to provide any opportunity for HRDC to challenge the censorship of its mail.

25. HRDC continues, and will continue, to communicate with incarcerated persons confined at the Jail through its publications and other mailings.

26. Among the magazines censored by the Jail, were the April 2023 and April 2024 issues of *Prison Legal News*. A true and correct copy of *Prison Legal News* for the month of April 2024 is attached hereto as Exhibit A, along with a representative sample of the return mail notices for copies of *Prison Legal News*.

6

27. The Jail censored copies of the *Prisoners' Guerilla Handbook*. A true and correct copy of the Cover Page and Table of Contents of the *Prisoners' Guerilla Handbook* is attached hereto as Exhibit B, along with a sample of a return mail notice for this book.

28. The Jail also censored several copies of *PYHS*. A true and correct copy of the Cover Page and Table of Contents of *PYHS* is attached hereto as Exhibit C, along with a sample of a return mail notice for this book.

29. The records attached hereto as Exhibits A through C are true and accurate copies of the original records maintained by HRDC relating to publications returned through the "Return to Sender" service of the United States Postal Service from the Jail.

30. The attached records are kept and maintained in the course of the regularly conducted business activity of HRDC and were prepared as a regular practice and custom.

31. The attached records were prepared by the personnel of HRDC in the ordinary course of business at or near the time of the return to sender mail having been received by HRDC.

32. The broader-ranging consequences of the Jail's mail policy are significant. HRDC's publications provide invaluable information to incarcerated persons to help them navigate the legal system, understand their constitutional rights, and educate incarcerated persons on serious health issues related to their incarceration.

33. Moreover, HRDC has no feasible alternative to communicate with prisoners. HRDC employees cannot disseminate such speech through telephone, email, or in-person visits, as it would neither be practical nor cost-effective to convey the complex content in these materials in such a manner.

34. Our organization operates with very limited resources and on a very tight budget. At present, we have approximately twelve employees. As a charitable public interest organization

7

with limited financial resources, we would likely be unable to post a bond, except a bond in a nominal amount.

35. HRDC's legal department consists of two attorneys and two paralegals. They handle a heavy caseload with numerous cases, and are therefore not able to respond immediately to every prison or jail that censors HRDC's materials.

I declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct, and that this declaration is executed at Lake Worth, Florida, this 1st day of August, 2024.

Paul Wright

31587274.1

8