**Exhibit B**

**THIRD EDITION**

# PRISONERS' GUERRILLA HANDBOOK

## TO CORRESPONDENCE PROGRAMS IN THE UNITED STATES & CANADA

### BY JON MARC TAYLOR, PhD

### Edited by Susan Schwartzkopf, MA

### Forward by Rev. Vivian Nixon

**HIGH SCHOOL • VOCATIONAL • PARALEGAL
LAW • COLLEGE • GRADUATE COURSES**



**PRISON LEGAL NEWS**

BRATTLEBORO, VERMONT • SEATTLE, WASHINGTON

*Dedicated to Protecting Human Rights*

Case 2:24-cv-00981-NJ    Filed 08/02/24    Page 2 of 5    Document 4-2

Copyright © 2009 by Prison Legal News.

Prison Legal News is a project of the Human Rights Defense Center.

ISBN 978-0-9819385-0-9

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage or retrieval system, without permission in writing from the publisher.

Prison Legal News

2400 NW 80th Street, PMB #148

Seattle, WA 98117

206-246-1022

www.prisonlegalnews.org

The Prisoner's Guerrilla Handbook to Correspondence Programs in the United States and Canada, 3rd edition, by Jon Marc Taylor, edited by Susan Schwartzkopf.

Typography and design by Jules Siegel

Cover illustration by Jules Siegel based on a photograph by Ryan Brenizer

Set in Hypatia Sans

# Contents

**Publisher's Introduction**  5

**Foreword**  7

**About the Author**  10

**The Need for this Book** 14

**How to Use this Book**  17

How to Use the Outlines as an Evaluation Tool  17

Summation  24

**Factors in Selecting a Program**  25

**Accreditation**  27

**Diploma Mills**  30

**The Least Expensive Path to a Baccalaureate**  23

**Other College-Level Credit Sources**  36

**Managing Your Education**  42

How Independent Learning Works  47

Words to the Wise  48

Study Tips  48

Anti-Procrastination Tips  49

The Highly Productive Learner 49

Create Your Own University  51

**High School Outlines**  55

**Vocational Program Outlines**  73

**Paralegal Program Outlines**  121

**Undergraduate Programs (Colleges & Universities)**  136

**Graduate Program Outlines**  199

**Index**  215

Case 2:24-cv-00981-NJ     Filed 08/02/24     Page 4 of 5     Document 4-2



Return to Sender

RECEIVED AUG 3 0 2022

**US POSTAGE & FEES PAID**
2 LB MEDIA MAIL RATE
NO SURCHARGE

062S0011268544
7577267
FROM 33460

stamps endicia
07/26/2022

# USPS MEDIA MAIL

Prison Legal News Publishing
Human Rights Defense Center
PO Box 1151
LAKE WORTH BEACH FL 33460

0002

SHIP TO: ALEXANDRIA GRAHAM #2021010166

$4.16

USPS TRACKING #

9449 0112 0262 7870 9409 72

Invoice #49149