**Exhibit C**

# PROTECTING YOUR HEALTH & SAFETY

## A LITIGATION GUIDE FOR INMATES

WRITTEN BY ROBERT E. TOONE          EDITED BY DAN MANVILLE



SPLC   Southern Poverty Law Center

# PROTECTING YOUR
# HEALTH & SAFETY

## A LITIGATION GUIDE FOR INMATES

WRITTEN BY ROBERT E. TOONE     EDITED BY DAN MANVILLE

**A PROJECT OF THE SOUTHERN POVERTY LAW CENTER**

Case 2:24-cv-00981-NJ  Filed 08/02/24  Page 4 of 13  Document 4-3

**Protecting Your Health & Safety**
A Litigation Guide For Inmates

Second Edition, 2009

Copyright © 2009 by the Southern Poverty Law Center

*All rights reserved. No part of this publication may be reproduced, stored in a retrieval system or transmitted, in any form or by any means, electronic, mechanical, photocopy, recording, or otherwise, without the prior written permission of the publisher. Printed in the United States of America*

Design Director Russell Estes

Case 2:24-cv-00981-NJ     Filed 08/02/24     Page 5 of 13     Document 4-3

# Contents

**PREFACE**         **13**

**1 INTRODUCTION**     **15**
A. What This Manual Does     15
B. How This Manual is Organized     16
C. How This Manual is Written     17

**PART I**
**2 OVERVIEW OF THE LAW**     **21**
A. Introduction: Rights and Duties     21
B. Sources of Law That Give Inmates Rights     21
    1. The Federal Constitution     21
    2. Federal Statutes     22
    3. State Constitutions and Statutes     23
    4. Tort Law     24
    5. Regulations     25
    6. International Human Rights Law     25

**3 FIRST AMENDMENT RIGHTS**     **27**
A. Political Rights     27
B. Access to the Courts     28
C. Retaliation     29
D. Freedom of Religion     29
E. Family Relationships     30
F. Communicating With the Outside World     31
G. Standard of Review of Prison Regulations     32
H. Conclusion     33

**4 DUE PROCESS RIGHTS**     **35**
A. Liberty Interest     35
B. Loss of Property     37
C. Transfers     37
D. Programs, Work and Classification     38

**5 EQUAL PROTECTION**     **39**
A. Equal Protection Tests     39
    1. Strict Scrutiny     39
    2. Intermediate Scrutiny     40
    3. Rational Basis     40
B. Application of Equal Protection Standard     42
    1. Race     42
    2. National Origin     42

3. Sexuality 43
4. Gender 43
5. Disability 45
6. Religion 46

**6 DELIBERATE INDIFFERENCE** **47**
**A. Farmer v. Brennan** **47**
**B. A Subjective Requirement: Actual Knowledge** **48**
**C. What Deliberate Indifference is Not** **49**
1. Less Than Intent to Hurt 49
2. More Than Negligence 50
**D. Proving What Officials Knew** **51**
**E. Reasonable Responses** **53**

**7 EXCESSIVE FORCE AND OTHER ABUSE BY JAIL AND PRISON OFFICIALS** **55**
**A. Excessive Force** **55**
1. Excessive Force During Arrest 55
2. Excessive Force Against Pretrial Detainees 56
3. Excessive Force Against Convicted Inmates 56
   *a. The Need for Force* *57*
   *b. Was the Right Amount of Force Used?* *58*
   *c. The Extent of Injury/"De Minimis" Uses of Force* *60*
   *d. The Extent of the Threat to the Safety of Staff and Inmates* *62*
   *e. Efforts Made to Temper the Severity of a Forceful Response* *62*
4. Failure to Stop Other Officials' Excessive Force 62
5. Corporal Punishment 63
6. Restraints 64
7. Sexual Assault and Harassment 65

**8 PROTECTION FROM ASSAULT BY OTHER INMATES** **67**
**A. The Right to be Protected** **68**
**B. Elements of a Failure-to-Protect Claim** **69**
1. Substantial Risk of Serious Harm 69
2. Official's Knowledge of Risk 70
3. Official's Failure to Respond Reasonably 71
4. Causation and Injury 72
**C. Typical Failure-to-Protect Claims** **73**
1. Victim is Unusually Vulnerable 73
2. Attacker is Unusually Dangerous 74
3. Attacker Threatened Victim 76
4. Official Encouraged Attack 76
5. Guards Witness Attack, But Fail to Stop It 77
6. Inmates Run the Place 78
7. Failure to Control Tools and Weapons 79
8. Overcrowding and Understaffing 79

**9 MEDICAL CARE**     **81**
**A. The Right to Medical Care**     **82**
**B. Elements of Medical Care Claim**     **82**
  1. Serious Medical Need     83
  2. Official's Knowledge of Need     87
  3. Failure to Provide Treatment     88
    *a. You are Denied Medical Attention*     *88*
    *b. Official's Delay in Getting You Medical Attention*     *89*
    *c. The Medical Treatment You Receive is Inadequate*     *90*
    *d. Officials Interfere With Your Prescribed Treatment*     *92*
    *e. Treatment After Release*     *93*
  4. Causation and Injury     93
**C. Special Medical Needs**     **94**
  1. Infectious Diseases     94
    *a. HIV/AIDS*     *95*
    *b. Hepatitis*     *96*
    *c. Tuberculosis*     *97*
    *d. Sexually Transmitted Diseases*     *98*
    *e. Staph Infection (Staphylococcus Aureus)*     *99*
  2. Chronic Diseases and Conditions     100
  3. Disabled Inmates     101
  4. Medical Diets     103
  5. Drug and Alcohol Withdrawal     103
  6. Pregnancy, Childbirth, and Abortion     104
  7. Dental Care     105
  8. Mental Health     105
  9. Administration of Medication Without Your Consent     107
**D. Systemic Problems**     **107**

**10 CONDITIONS OF CONFINEMENT**     **111**
**A. The Constitutional Right to Humane Conditions**     **112**
**B. Elements of a Conditions Claim**     **113**
  1. Deprivation of a Basic Human Need     113
  2. Official's Knowledge of Deprivation     114
  3. Failure to Respond Reasonably     116
  4. Causation and Injury     117
**C. Basic Human Needs**     **118**
  1. Sanitation and Hygiene     118
  2. Clothing and Bedding     120
  3. Protection From Extreme Temperature     121
  4. Clean Air     122
  5. Clean Water     123
  6. Lighting     123
  7. Protection From Excessive Noise     124

8. Accident Prevention ......................................... 124

9. Exercise .................................................... 125

10. Food ...................................................... 126

11. Living Space/Overcrowding ................................ 127

**PART II**

**11 OVERVIEW OF THE LEGAL SYSTEM** ........................ **133**

**A. Federal And State Courts** .............................. **133**

1. Federal Courts ............................................. 133

   *a. District Courts* .................................... *134*

   *b. Courts of Appeals* .................................. *135*

   *c. U.S. Supreme Court* ................................. *136*

2. State Courts ............................................... 136

3. Deciding Between State and Federal Court ................... 137

**B. Legal Citations** ...................................... **138**

**C. Legal Research** ....................................... **139**

1. Case Reporters ............................................. 139

2. Statutory Codes ............................................ 141

3. Digests, Legal Encyclopedias, and Legal Dictionaries ....... 141

4. Treatises .................................................. 141

5. Law Review Articles ........................................ 142

6. Staying Focused ............................................ 142

**D. Legal Writing** ........................................ **143**

1. General Principles ......................................... 143

2. Technical Rules ............................................ 145

**12 EXHAUSTION OF ADMINISTRATIVE REMEDIES** .............. **149**

**A. Understanding the Exhaustion Requirement** ............ **149**

**B. Tips on Exhausting** ................................... **150**

1. Learning About Administrative Remedies ..................... 150

2. Timing ..................................................... 151

3. Content .................................................... 152

**C. Proving Exhaustion** ................................... **153**

**13 BASICS OF A FEDERAL LAWSUIT** ......................... **155**

**A. Section 1983 and Bivens Lawsuits** .................... **155**

1. Violations ................................................. 156

2. Plaintiffs ................................................. 156

   *a. Standing* ........................................... *156*

   *b. Joinder of Parties* ................................. *157*

3. Defendants ................................................. 157

   *a. Under Color of State Law* ........................... *158*

   *b. Individual and Official Capacity* ................... *159*

   *c. Supervisory Liability* .............................. *160*

   *d. Municipal Liability* ................................ *162*

*e. State and Federal Government Liability* *162*
4. Remedies 163
*a. Damages* *163*
*b. Injunctive and Declaratory Relief* *169*
**B. Matching Your Facts to the Law** **172**
1. Writing Your Facts Down 172
2. Creating an Evidence Chart 173
**C. Deciding Whether to File** **176**
**D. Seeking Legal Representation** **177**
**E. The Path of a Federal Lawsuit** **179**
1. The Litigation Process 180
2. Keeping Your Lawsuit Moving 181

**14 FILING A COMPLAINT** **185**
**A. Finding the Right District Court** **185**
**B. Writing the Complaint** **186**
1. Caption and Jury Demand 187
2. Statement of Jurisdiction 189
3. Statement of Venue 189
4. List of Parties 189
5. Exhaustion of Administrative Remedies 190
6. Factual Allegations 191
7. Causes of Action 196
8. Prayer for Relief 198
9. Signature 198
10. Verification 199
**C. Moving for a Preliminary Injunction** **199**
**D. Moving for Appointment of Counsel** **208**
**E. Moving to Proceed In Forma Pauperis** **210**
1. Filing Fee 210
2. Why Apply for IFP Status? 211
3. The "Three Strikes" Provision 211
**F. Filing and Service** **212**
1. Filing 212
2. Service 212

**15 INITIAL RESPONSES TO YOUR COMPLAINT** **215**
**A. Initial Processing** **215**
**B. District Court Screening** **215**
**C. Waivers of Reply** **217**
**D. Special Reports** **218**
**E. Motions to Dismiss** **219**
1. Procedure 219
*a. Rule 12(B)(1): Subject-Matter Jurisdiction* *219*

*b. Rule 12(B)(6): Failure to State a Claim*   *220*
2. Grounds for Dismissal   221
*a. Rule 12(B)(1) Grounds*   *221*
*b. Rule 12(B)(6) Grounds*   *222*
3. Responding to a Motion to Dismiss   224
**F. Other Early Defense Motions**   **225**
**G. Amended And Supplemental Complaints**   **226**
**H. Answers**   **227**

**16 DISCOVERY**   **229**
**A. Informal Investigation**   **229**
**B. The Rule 26(f) Meeting**   **232**
**C. Automatic Disclosures**   **234**
1. Initial Disclosures   234
2. Disclosure of Expert Testimony   235
3. Pretrial Disclosures   236
4. SUPPLEMENTATION   236
**D. Planning Your Discovery**   **236**
1. Identifying Your Weak Points   236
2. The Scope of Discovery   236
3. Organizing Your Discovery Requests   238
4. Keeping Your Eye on the Clock   239
**E. Discovery Tools**   **239**
1. Interrogatories   239
2. Document Requests   242
3. Inspection of Things and Places   244
4. Depositions   245
5. Requests for Admission   248
**F. Objections, Motions To Compel, And Protective Orders**   **249**
1. Objections   249
2. Privileges   250
3. Motions to Compel   251
4. Protective Orders   252
G. Responding To Defendants' Discovery Requests   253

**17 SUMMARY JUDGMENT**   **257**
**A. The Rule 56(c) Standard**   **257**
1. Material Facts   257
2. Genuine Issues   258
**B. Summary Judgment Procedure**   **259**
1. Moving for Summary Judgment   260
2. Responding to a Motion   260
*a. Facts*   *261*
*b. Law*   *262*

Case 2:24-cv-00981-NJ   Filed 08/02/24   Page 11 of 13   Document 4-3

| | |
|---|---|
| *c. Example* | *262* |
| 3. Requesting More Time for Discovery Under Rule 56(F) | 265 |
| **C. Seeking Summary Judgment** | **266** |
| **18 SETTLEMENTS AND TRIALS** | **269** |
| **A. Settlement** | **269** |
| 1. Settlement Strategy | 270 |
| 2. Damage Settlements | 271 |
| 3. Injunctive Settlements | 271 |
| **B. Trial** | **272** |
| 1. Pretrial Proceedings | 273 |
| 2. Conducting a Trial | 275 |
| *a. Jury Selection* | *276* |
| *b. Opening Statement* | *277* |
| *c. Direct Examination of Witnesses* | *278* |
| *d. Presentation of Exhibits* | *280* |
| *e. Cross Examination of Witnesses* | *281* |
| *f. Objections* | *284* |
| *g. Closing Argument* | *286* |
| *h. Jury Instructions; Verdict or Decision* | *289* |
| 3. Post-Judgment Proceedings | 290 |
| **C. Conclusion** | **291** |
| **GLOSSARY** | **293** |
| **UNITED STATES DISTRICT COURTS** | **301** |
| **LEGAL RESOURCES** | **313** |
| **INDEX** | **317** |

**US POSTAGE & FEES PAID**
2 LB MEDIA MAIL RATE
NO SURCHARGE

062S0014950473
7577267
FROM 33460



stamps
andicia
03/13/2024

# USPS MEDIA MAIL

Paul Wright
PLN Publishing
PO box 1151
LAKE WORTH FL 33460-1151

*Return to sender*

0001

-R-T-S-    532332056-4N    *94 04/04/24

POSTAGE DUE = $   .
RETURN  TO  SENDER
UNABLE  TO  FORWARD
UNABLE  TO  FORWARD



9449 0112 0620 4936 6615 95

Invoice #58320

RECEIVED

APR 08 2024