**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

_____

HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

v.                                 Case No. 24-CV-981-NJ

MILWAUKEE COUNTY, _et al._,

    Defendants.

_____

**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS**
**MILWAUKEE COUNTY AND DENITA R. BALL TO ANSWER OR**
**OTHERWISE RESPOND TO COMPLAINT AND TO RESPOND**
**TO MOTION FOR PRELIMINARY INJUNCTION**

_____

WHEREAS, the current deadline for defendants Milwaukee County and Milwaukee County Sheriff Denita R. Ball to answer or otherwise respond to the complaint (ECF No. 1) and to respond to the motion of plaintiff, Human Rights Defense Center, for a preliminary injunction (ECF No. 3) is August 29, 2024; and

WHEREAS, the parties mutually wish to explore the possibility of a negotiated resolution of this matter without the need for further litigation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for plaintiff and defendants Milwaukee County and Milwaukee County Sheriff Denita R. Ball that said defendants may have until September 13, 2024, to answer or otherwise respond to the complaint (ECF No. 1) and to respond to the motion for a preliminary injunction (ECF No. 3) and that this Court may enter an order to that effect without further proceedings.

Dated this 28th day of August, 2024.

**GODFREY & KAHN, S.C.**

/s/ Brian C. Spahn
Brian C. Spahn
Theresa M. Correa McMichen
833 E. Michigan Street, Suite 1800
Milwaukee, Wisconsin 53202
(414) 273-3500
bspahn@gklaw.com
tcorreamcmichen@gklaw.com

*Attorneys for Plaintiff*

**HANSEN REYNOLDS LLC**

/s/ Andrew A. Jones
Andrew A. Jones
301 N. Broadway, Suite 400
Milwaukee, Wisconsin 53202
(414) 455-7676
ajones@hansenreynolds.com

*Attorneys for Defendants Milwaukee
County and Milwaukee County Sheriff
Denita R. Ball*

2