HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

v.                                                          Case No. 24-CV-981-NJ

MILWAUKEE COUNTY, *et al.*,

    Defendants.

## ORDER

Based on the Stipulation of the parties, it is hereby ORDERED that defendants Milwaukee County and Milwaukee County Sheriff Denita R. Ball may have until September 13, 2024, to answer or otherwise respond to the complaint (ECF No. 1) and to respond to the pending motion for a preliminary injunction (ECF No. 3).

Entered at Milwaukee, Wisconsin this _____ day of August, 2024.


_____

Nancy Joseph
United States Magistrate Judge